**REMAND/MADE JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3367-GW(JEMx) | Date | June 30, 2010 |
|---|---|---|---|
| Title | *Lolit Madarang, et al. v. US Bank National Association, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    REMAND ORDER**

On June 3, 2010, the Court issued an Order to Show Cause re Federal Question Jurisdiction, inviting defendants US Bank National Association, as trustee for the holders of the First Franklin Mortgage Pass-through Certificate Series 2006-FF2 and Select Portfolio Servicing, Inc. to explain why the Court had subject matter jurisdiction over this removed matter.  The Order to Show Cause indicated that defendants' failure to respond in writing by June 24, 2010, would result in the Court remanding this matter to state court.

Defendants have failed to respond to the Order to Show Cause.  As a result, this matter is remanded to Los Angeles County Superior Court (NC054137).  The motion to dismiss set for July 8, 2010, in this matter, is taken off calendar.

The Court further orders the Court Clerk promptly to serve this order on all parties who have appeared in this action.

:

Initials of Preparer    JG